**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　CASE NO. 1:11cv155-MP-GRJ

$44,600.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

**DECREE OF FORFEITURE**

    This matter is before the Court on Plaintiff's Motion for Decree of Forfeiture.  (Doc. 9).  On August 8, 2011, a Verified Complaint of Forfeiture in Rem against the defendant property, $44,600.00 in United States Currency, was filed on behalf of the plaintiff, United States of America.  The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6).

    It appears that process was fully issued in this action according to law:

    Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning August 24, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

    On August 25, 2011, Jose Nunez, potential claimant of the defendant property, was notified by certified mail through his attorney, Glenn B. Kritzer, Esq., of the pending forfeiture action.

    On August 26, 2011, Luis Torres-Gonzalez, potential claimant of the defendant property, was notified by certified mail of the pending forfeiture action.

    On August 26, 2011, Alexis Rodriguez-Lebrigio, potential claimant of the defendant property, was notified by certified mail of the pending forfeiture action.

Jose Nunez filed a Verified Claim with this Court on September 16, 2011 claiming he was the legal Owner of $33,500.00 of the seized currency.

Prior to the end of the advertising period, on September 27, 2011, Jose Nunez sought to withdraw his claim by filing a pleading entitled a "Notice of Withdrawal of Verified Claim."

Accordingly, it is now **ORDERED** as follows:

Defendant property, $44,600.00 in United States Currency shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE and ORDERED** this 21st day of November, 2011.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 1:11cv155-MP-GRJ*